# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. ADAMS, | NO. ED CV 10-1833 DOC (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| TIM BUSBY, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 25, 2011

                                          DAVID O. CARTER
                                   UNITED STATES DISTRICT JUDGE